UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ANTHONY PAUL CASTRO,<br><br>          Defendant. | Criminal Case No.06cr2498 JM<br><br>**ORDER GRANTING<br>REQUEST FOR CONTINUANCE OF<br>SENTENCING HEARING** |

GOOD CAUSE EXISTING, IT IS HEREBY ORDERED that the joint motion to continue sentencing be GRANTED, and that Defendant's sentencing hearing be continued from November 2, 2007 at 9:00 a.m., to ***December 7, 2007, at 9:00 a.m.***

IT IS SO ORDERED.

DATED: October 4, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge